Barry J. Glickman, Esq.
Ronald M. Neumann, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

Attorneys for Defendant
 *Citibank, N.A.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHABBIR CHOUDHURY,<br><br>                              Plaintiff,<br><br>- against -<br><br>CITIBANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC,<br><br>                              Defendants. | CASE NO. 18 CV 2188-RJD-ST<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

ENTER my appearance as counsel in this case for defendant Citibank, N.A. I certify that I am admitted to practice in this Court.

Dated:   New York, New York
         May 24, 2018

ZEICHNER ELLMAN & KRAUSE LLP

By: _/s/ Ronald Neumann_
Ronald M. Neumann, Esq.
Attorneys for Defendant
Citibank, N.A.
1211 Avenue of the Americas
New York, New York  10036
(212) 223-0400

*TO:*   *All appearing counsel by ECF*