Barry J. Glickman, Esq.
Ronald M. Neumann, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

Attorneys for Defendant
 *Citibank, N.A.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHABBIR CHOUDHURY,<br><br>                                      Plaintiff,<br><br>- against -<br><br>CITIBANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC,<br><br>                                      Defendants. | Case No. 18 cv 2188-RJD-ST |

### FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CITIBANK, N.A.

Defendant Citibank, N.A., by its undersigned attorneys, discloses pursuant to Fed. R. Civ. P. 7.1 that Citibank, N.A. is a subsidiary of Citigroup Inc., a publicly held corporation. No publicly held corporation owns ten percent or more of the stock of Citigroup Inc.

Dated:   New York, New York
         March 24, 2018

                                                                ZEICHNER ELLMAN & KRAUSE LLP

                                                                By: /s/ Ronald Neumann
                                                                Ronald M. Neumann, Esq.
                                                                Attorneys for Defendant Citibank, N.A.
                                                                1211 Avenue of the Americas
                                                                New York, New York 10036
                                                                (212) 223-0400

963313