<div style="text-align:center">

ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK 10036

TEL: (212) 223-0400

</div>

DIRECT DIAL
(212) 826-5350
Rneumann@zeklaw.com

WWW.ZEKLAW.COM

<div style="text-align:center">June 15, 2018</div>

**BY ELECTRONIC CASE FILING**

Honorable Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers: Room N505
Brooklyn, New York  11201

<div style="text-align:center">

**Shabbir Choudhury v. Citibank, N.A., at al.**
**18-CV-2188 (RJD) (ST)**
**Citibank's Request for Extension of Time to Respond to the Complaint**

</div>

Dear Magistrate Judge Tiscione:

We are counsel to Citibank, N.A.  We write pursuant to this Court's Individual Practice Rules to approve an extension of time by which Citibank may respond to plaintiff's complaint to and including July 20, 2018.  Plaintiff consents to this application.

This request is made because plaintiff and Citibank have reached a settlement in principle and require additional time to complete the required settlement documentation.

Citibank's original time to respond was May 23, 2018, which was extended to June 20, 2018 by order of this Court on May 22, 2018.  This is Citibank's second request for such an extension.

<div style="margin-left:50%">

Respectfully submitted,

*Ronald Neumann*

Ronald M. Neumann

</div>

RMN:mzg

cc:   Subhan Tariq, Esq. (By ECF and Email)

<div style="text-align:center">NEW YORK  |  CONNECTICUT  |  NEW JERSEY  |  ISRAEL</div>