**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHABBIR CHOUDHURY,<br><br>                    Plaintiff,<br><br>      v.<br><br>CITIBANK N.A.; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>                    Defendants. | Case No. 1:18-cv-02188-RJD-ST |

**EXPERIAN INFORMATION SOLUTIONS, INC.'s**
**CONSENT TO REMOVAL**

Without waiving any of its defenses or other rights, Defendant Experian Information Solutions, Inc. hereby consents to removal of this action from the Supreme Court of the State of New York, County of Queens, to the United States District Court for the Eastern District of New York.

Dated: New York, New York
          June 20, 2018

Respectfully submitted,

*/s/ Jeremy M. Amar-Dolan*
Jeremy M. Amar-Dolan
JONES DAY
250 Vesey Street
New York, New York  10281
Tel: (212) 326-8305
Fax: (212) 755-7306
jamardolan@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on June 20, 2018, I caused the foregoing EXPERIAN INFORMATION SOLUTIONS, INC.'s CONSENT TO REMOVAL to be filed with the Clerk of Court and served upon all counsel of record via the CM/ECF system.

                                            */s/ Jeremy M. Amar-Dolan*
                                            Jeremy M. Amar-Dolan