UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHABBIR CHOUDHURY,<br><br>                              Plaintiff,<br><br>- against -<br><br>CITIBANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC,<br><br>                            Defendants. | CASE NO. 18 CV 2188-RJD-ST<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(1)(A)(i) AS TO CITIBANK, N.A. ONLY** |

WHEREAS, the time for Citibank, N.A. to respond to the complaint has not expired and Citibank, N.A. has not served an answer or a motion for summary judgment, plaintiff voluntarily dismisses the above action with prejudice against Citibank, N.A. only, pursuant to Federal Rule of Civil Procedure 41(1)(A)(i).

Dated:   New York, New York
            July __, 2018

                                                        THE TARIQ LAW FIRM, PLLC

                                       By:  _____
                                                Subhan Tariq
                                                Attorneys for Plaintiff
                                                68 Jay Street, Suite 201
                                                Brooklyn, New York 11201
                                                (718) 674-1245