```
                                        FILED
                                   IN CLERK'S OFFICE
                                US DISTRICT COURT E.D.N.Y.

                                ★   JUL 19 2018   ★
```

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK

BROOKLYN OFFICE

---

SHABBIR CHOUDHURY,

        Plaintiff,

- against -

CITIBANK, N.A., EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC,

        Defendants.

Case No. 18 CV 2188-RJD-ST

NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(1)(A)(i) AS TO CITIBANK, N.A. ONLY

---

WHEREAS, the time for Citibank, N.A. to respond to the complaint has not expired and Citibank, N.A. has not served an answer or a motion for summary judgment, plaintiff voluntarily dismisses the above action with prejudice against Citibank, N.A. only, pursuant to Federal Rule of Civil Procedure 41(1)(A)(i).

Dated:  New York, New York  
         July __, 2018

THE TARIQ LAW FIRM, PLLC

By: _____  
Subhan Tariq  
Attorneys for Plaintiff  
68 Jay Street, Suite 201  
Brooklyn, New York 11201  
(718) 674-1245

*So Ordered*

s/ RJD

7/19/18

967346